UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **AIMEE HOLDRIDGE,**  **Plaintiff**  **v.**  **ESTEE LAUDER COMPANIES INC.,**  **Defendant.** | **DOCKET NO. 3:19-cv-00037**  **JUDGE**  **MAGISTRATE** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, Defendant, The Estée Lauder Companies Inc., ("ELC" or "Defendant") hereby removes the instant action from 19th Judicial District Court for the Parish of East Baton Rouge to the United States District Court for the Middle District of Louisiana.

Pursuant to 28 U.S.C. § 1446, Defendant hereby invokes the jurisdiction of this Court under 28 U.S.C. § 1331 and 1332 and states the following grounds for removal:

1. On December 18, 2018, Plaintiff Aimee Holdridge ("Plaintiff") filed a Petition ("Petition") against The Estée Lauder Companies Inc. in the 19th Judicial District Court of the Parish of East Baton Rouge, captioned *Aimee Holdridge vs. Estee Lauder Companies Inc.* and bearing Case No. 677484.

2. ELC was served with Plaintiff's Petition by certified mail via long-arm service on January 3, 2019.

3. ELC has neither served nor filed any answer or responsive pleading to the Petition nor made any appearance or argument before the 19th Judicial District Court for the Parish of East Baton Rouge in this matter.

4. As this Notice is filed with this Court within thirty (30) days after Defendant was served with a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the state court, this removal is timely pursuant to 28 U.S.C. § 1446(b).

5. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents and orders that have been served upon Defendant are attached hereto as Exhibit A.

6. Original subject matter jurisdiction is vested with this Honorable Court pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff has filed a Charge of Discrimination with the Equal Employment Opportunity Commission and Louisiana Commission on Human Rights. In addition to her claims under Louisiana's anti-discrimination laws, La. R. S. 23:301, *et seq.*, Plaintiff has reserved the right to supplement and amend her Petition to include claims under federal discrimination laws upon receipt of a Notice of Right to Sue from the Commission(s). *See* ¶ 17 of the Petition, Exhibit "A".

7. This Court has supplemental jurisdiction over additional causes of action asserted by Plaintiff under 28 U.S.C. § 1367.

8. Alternatively, the State Action is removable to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, as there is diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9. Plaintiff is a citizen of the State of Louisiana. *See* Petition, Exhibit "A," at Introductory Paragraph.

10. ELC is a foreign corporation, incorporated in the state of Delaware, with its principal place of business in New York. For diversity purposes, a corporation is considered a

citizen of any state by which it is incorporated and of the state where it has its principal place of business.

11. Complete diversity of citizenship exists between the parties pursuant to 28 U.S.C. § 1332.

12. Plaintiff seeks damages for mental anguish, psychological damages, humiliation and embarrassment, severe and extreme emotional distress, past and present lost wages and benefits, past and present medical expenses, other damages that she alleges will be more fully shown at trial, and attorney fees and litigation costs and expenses.

13. Accordingly, the Petition contemplates an amount in controversy in excess of $75,000 exclusive of interest.

14. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332.

15. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

16. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

17. Contemporaneously with this filing, Defendant also files a Notification of Removal with the 19th Judicial District Court of the Parish of East Baton Rouge, as required by 28 U.S.C. §1446(d). A true and accurate copy of the Notification of Removal is attached hereto as Exhibit B.

18. There are no other defendants named in this action.

                    **JACKSON LEWIS P.C.**

                    */s/ Susan Fahey Desmond*
                    SUSAN FAHEY DESMOND (T.A.)
                    La. Bar Roll No. 25380
                    E-mail:  Susan.Desmond@jacksonlewis.com
                    AMANDA WINGFIELD GOLDMAN
                    La. Bar Roll No. 30800
                    E-mail:  Amanda.Goldman@jacksonlewis.com
                    650 Poydras Street, Suite 1900
                    New Orleans, Louisiana  70130
                    Telephone:     (504) 208-1755
                    Facsimile:      (504) 208-1759

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system that served notice on all users registered for electronic notice.  I further certify that I forwarded a copy of the foregoing to:

                    Jill L. Craft
                    W. Brett Conrad, Jr.
                    Jill L. Craft, Attorney at Law, LLC
                    330 Government Street
                    Baton Rouge, Louisiana 70802

via U. S. Mail, postage prepaid.

                    */s/ Susan Fahey Desmond*
                    SUSAN FAHEY DESMOND

4831-9370-1253, v. 1